IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CUMMINGS,<br>**Plaintiff** | : | No. 3:23cv1325 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SAFE AUTO INSURANCE COMPANY and SAFE AUTO INSURANCE COMPANY a/k/a d/b/a SAFE AUTO INSURANCE a/ka d/b/a SAFE AUTO,<br>**Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of August 2024, the motion to dismiss filed by Defendants Safe Auto Insurance Company and Safe Auto Insurance Company a/k/a d/b/a Safe Auto Insurance a/k/a d/b/a Safe Auto (Doc. 4) is hereby **DENIED**. The defendants are directed to file an answer to the complaint within fourteen (14) days from the date of this order.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court